IN THE DISTRICT COURT OF CLEVELAND COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA
CLEVELAND COUNTY } s.s.
FILED
OCT 21 2025
In the office of the
Court Clerk MARILYN WILLIAMS

SANTA'S ADVENTURE LAND, INC., )
                                    )
     Plaintiff,               )   Case No.:
                                    )   CJ-2025-1700
v.                                )
                                    )
ACE PROPERTY AND CASUALTY   )
INSURANCE COMPANY,           )
                                    )
     Defendant.            )

## PETITION

COMES NOW, Plaintiff, Santa's Adventure Land, Inc. ("Plaintiff"), and for its causes of action against Defendant, ACE Property and Casualty Insurance Company, alleges and states as follows:

### PARTIES

1.    Plaintiff, Santa's Adventure Land, Inc., is headquartered in Cleveland County, State of Oklahoma.

2.    Defendant, ACE Property and Casualty Insurance Company ("ACE") is a foreign for-profit insurance company, domiciled in Pennsylvania.

3.    The principal place of business for Defendant ACE is Philadelphia, Pennsylvania.

4.    Defendant ACE conducts business in the State of Oklahoma, is licensed to conduct business in the State of Oklahoma and may be served with process through the Oklahoma Department of Insurance.

5.    The damaged property at issue is located in Denton, Denton County, State of Texas.

## FACTS

6. At all times material hereto, Plaintiff was insured under the terms and conditions of a property insurance policy, policy number D98250591, issued by Defendant ACE.

7. Plaintiff's insured property is located at 2201 S. Interstate 35, Suite M13, Denton, TX 76205-8100.

8. At all times material hereto, Plaintiff complied with all terms and conditions of his insurance policy.

9. Plaintiff has, at all times, cooperated with Defendant ACE's investigation of this claim.

10. On or about May 28, 2024, Plaintiff's insured property sustained damage as a result of wind and rain. Subsequently, Plaintiff presented a claim to Defendant for this covered damage.

11. Wind and rain are covered perils, not limited or excluded, pursuant to the terms and conditions of Plaintiff's property insurance policy with Defendant ACE.

12. After Plaintiff reported the May 28, 2024 loss, Defendant ACE and its representatives, inspected Plaintiff's property and the identified wind and water damage, but refused to pay Plaintiff for the covered property damage.

13. Defendant ACE wrongfully denied payment for certain repair work which was clearly covered under the terms and conditions of the policy.

## COUNT 1 – BREACH OF CONTRACT

14. Plaintiff, Santa's Adventure Land, Inc., hereby asserts, alleges and incorporates paragraphs 1-13 herein.

15. The property insurance policy issued by Defendant ACE to Plaintiff was in effect on May 28, 2024 and, at all times relevant to Plaintiff's wind and rain claim with Defendant.

16. Subsequent to the wind and rain event at Plaintiff's property, Plaintiff timely submitted a claim to Defendant ACE.

17. During its inspection following the May 28, 2024 loss, Defendant ACE's representatives identified covered wind and water damage to Plaintiff's property, but refused to issue payment as required under the insurance policy to repair and/or replace all of Plaintiff's wind and water damaged property. Defendant's refusal to pay for repair and/or replacement of obviously wind and water damaged property is a breach of Plaintiff's insurance policy issued by the Defendant.

18. Defendant's refusal to pay for repair and/or replacement of obviously wind and water damaged property is a breach of Plaintiff's insurance policy issued by the Defendant.

19. The acts and omissions of Defendant ACE in the investigation, evaluation and denial of Plaintiff's May 28, 2024 claim was unreasonable and constitutes a breach of the insurance contract for which contractual damages are hereby sought. Defendant ACE breached its contract with Plaintiff by failing to conduct a reasonable investigation of Plaintiff's claim, by failing to and improperly denying payment and coverage for Plaintiff's obviously wind and water damaged property.

20. As a consequence of Defendant's breach of the insurance contract, Plaintiff has thus far suffered damages, including, but not limited to, loss of income and other financial losses. Plaintiff is also entitled to attorney fees, costs and interest under 36 O.S. §3629 or otherwise.

**COUNT II – BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING**

21. Plaintiff, Santa's Adventure Land, Inc., hereby asserts, alleges and incorporates paragraphs 1-20 herein.

22. The property insurance policy issued by Defendant ACE to Plaintiff was in effect on May 28, 2024 and at all times relevant to Plaintiff's wind and rain claim with Defendant.

23. Subsequent to the wind and rain event at Plaintiff's property, Plaintiff timely and properly submitted a claim to Defendant ACE.

24. Following receipt of Plaintiff's claim, Defendant ACE failed to properly and fairly evaluate Plaintiff's claim and compensate Plaintiff for wind and water damage which is covered under the policy.

25. Defendant's unreasonable refusal to pay for the repair and/or replacement of Plaintiff's wind and water damaged property is a breach of the duty of good faith and fair dealing and represents a bad faith breach of Plaintiff's insurance policy issued by Defendant ACE.

26. The acts and omissions of Defendant ACE in the investigation, evaluation and denial of payment of Plaintiff's claim was unreasonable and constitutes a breach of the duty of good faith and fair dealing and for with bad faith and extra-contractual damages are hereby sought.

27. Defendant's unreasonable and bad faith refusal to pay for the damage to Plaintiff's property building was unreasonable, outside of insurance company standards and committed in bad faith.

28. As a result of Defendant's breach of the duty of good faith and fair dealing, Plaintiff has suffered damages, financial and otherwise, in excess of $75,000.00.

## COUNT III – PUNITIVE DAMAGES

29. Plaintiff, Santa's Adventure Land, Inc., hereby asserts, alleges and incorporates paragraphs 1-28 herein.

30. The unreasonable conduct of Defendant ACE in the handling of Plaintiff's claim was intentional, willful, wanton and was committed with a reckless disregard for the rights of the Plaintiff for which punitive damages are hereby sought.

31. Accordingly, Plaintiff seeks punitive damages in an amount to be determined by the jury but not less than the amount of actual damages sought at trial.

## DEMAND FOR JURY TRIAL

32. Plaintiff hereby requests that the matters set forth herein be determined by a jury of his peers.

## PRAYER

33. Having properly pled, Plaintiff, Santa's Adventure Land, Inc., hereby seeks damages for breach of contract and breach of the duty of good faith and fair dealing contractual as well as punitive damages against the Defendant, ACE Property and Casualty Insurance Company, for its conduct along with all damages allowed by and supported by law and statute, together in an amount in excess of $75,000.00, including costs, interest and attorney fees.

Respectfully submitted,

Perry E. Kaufman, OBA #12732
Amber D. Nelson, OBA #33575
*GOOLSBY, PROCTOR, NELSON & LEE*
701 N. Broadway Avenue, Suite 400
Oklahoma City, OK 73102
(405) 524-2400/(405) 525-6004 (F)
pkaufman@gpnllaw.com
mbotizan@gpnllaw.com
*Attorney for Plaintiff, Santa's Adventure Land, Inc.*

**JURY TRIAL DEMANDED**
**ATTORNEY LIEN CLAIMED**